Circuit Court for Montgomery County
Case No. 482879-V

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 22
September Term, 2020

---

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

ALISHA ANN PORTILLO

---

Barbera, C. J.,
McDonald
Watts
Hotten
Getty
Booth
Biran

JJ.

---

PER CURIAM ORDER

---

Filed: March 26, 2021

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE | * | IN THE |
|---|---|---|
| COMMISSION OF MARYLAND | | |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 22 |
| ALISHA ANN PORTILLO | * | September Term, 2020 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 26th day of March 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Alisha Ann Portillo be, and she is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Alisha Ann Portillo from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Alisha Ann Portillo.

/s/ Mary Ellen Barbera
Chief Judge